# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHANE HUDECEK

              v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5340BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED with prejudice**.

   May 8, 2009                                                     BRUCE RIFKIN
Date                                                                                  Clerk

                                                                                 *s/CM Gonzalez*
                                                                                  Deputy Clerk